Argued and submitted January 16, ballot title certified February 7, 2002

David J. HUNNICUTT
and Lawrence B. George,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49099 (Control))

Jay CHAMBERLIN,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49106)
(Cases Consolidated)

39 P3d 184

David J. Hunnicutt, Tigard, argued the cause and filed the petition for himself and petitioner George.

Caroline E. Kuerschner, Portland, argued the cause and filed the petition for petitioner Chamberlin.

Denise G. Fjordbeck, Assistant Attorney General, Salem, argued the cause and filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

In these two consolidated ballot title review proceedings, petitioners challenge various aspects of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 134 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). *See* ORS 250.085(5) (setting out standard of review).

We have considered petitioners' arguments and determine that they are not well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

DIRECTS ESTABLISHMENT OF COMPENSATION
FUND FOR CERTAIN FARMLAND OWNERS FOR
LOST OPPORTUNITIES TO BUILD HOUSES

RESULT OF "YES" VOTE: "Yes" vote directs establishment of state compensation fund for certain owners of farmland who lost house building opportunities due to state land use law changes.

RESULT OF "NO" VOTE: "No" vote rejects establishment of state compensation fund for certain owners of farmland who lost house building opportunities due to state land use law changes.

SUMMARY: Before 2000, state constitution provided for payment of just compensation when government took private property for public use, but not when regulation only reduced property value. In 2000, voters approved measure that, with exceptions, required compensation for reduced value; court challenge to 2000 measure unresolved when this summary prepared. This measure directs establishment of fund to compensate certain owners of parcels zoned exclusive farm use. Applies to parcels without houses; restricts future houses if compensation accepted. Applies to owners who could build house when parcel acquired but are now prohibited from building by state land use laws; and owners who qualify for "lot of record" exception defined by statute. Directs legislature to raise, appropriate funds. Claims must be made by December 31, 2007. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(11).